STRAS, Justice
(concurring).
In accordance with my dissenting opinion in State v. Ali, 855 N.W.2d 235, 267 (Minn.2014), I agree with the court that Jackson is entitled to be resentenced to a term of life imprisonment with the possibility of release. Based on my dissent in Ali, however, I cannot fully join the court’s opinion because I believe that every juvenile offender facing a mandatory term of life imprisonment is entitled to such a remedy and that partial severance, not revival, fully resolves the constitutional defects in Minnesota’s current first-degree murder statutes. See, e.g., United States v. Booker, 543 U.S. 220, 314-26, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) (Thomas, J., dissenting in part) (discussing partial severance). Accordingly, I concur only in the judgment of the court.